DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SADIK RASHAD BAXTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-749

[March 4, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Judge; L.T. Case No. 12-011455CF10A.

Melanie Malave, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***